DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NORMAN LEONARD BLACK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2468

_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Howard L. Dimmig, II, Public Defender, and Frederick W. Vollrath, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

  Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.